UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SLADE, INDIVIDUALLY AND AS
THE REPRESENTATIVE OF A CLASS OF
SIMILARLY SITUATED PERSONS,

      Plaintiffs,

- against -

DEMI CO LLC,

      Defendant.

21-cv-9170 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The conference scheduled for January 20, 2022 is canceled.

SO ORDERED.
Dated: New York, New York
    January 14, 2022

                /s/ John G. Koeltl
                John G. Koeltl
             United States District Judge